# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ROBERT JAMES & AMY LYNN ROW | | |
| **Case Number:** | 2:08-BK-05651-RTB | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 14, 2009 02:30 PM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MERS AS NOMINEE FOR BNC MORTGAGE, INC.

**R / M #:**   140 / 0

## *Appearances:*

JOEL F. NEWELL, ATTORNEY FOR AMY LYNN ROW, ROBERT JAMES ROW
LEONARD MCDONALD, ATTORNEY FOR MERS

## *Proceedings:*

MR. MCDONALD REPORTS THAT THERE HAVE BEEN NO PAYMENTS, ADDING THAT THERE IS NO EQUITY.

MR. NEWELL RELATES THAT THIS IS NOT THE PRIMARY RESIDENCE.  IT IS RENTAL PROPERTY.  A LOAN MODIFICATION IS BEING SOUGHT.

THE COURT:  IT IS NOTED THAT NO TRUSTEE SALE IS PENDING.  PROVISIONAL STAY RELIEF IS GRANTED.  MR. MCDONALD TO DRAFT AN ORDER.