**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: November 09, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-11105/22295836

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

IN RE:

Robert James Row and Amy Lynn Row
    Debtors.
_____

MERS as nominee for BNC Mortgage, Inc.
    Movant,
  vs.

Robert James Row and Amy Lynn Row, Debtors;
Russell A. Brown, Trustee.

    Respondents.

No. 2:08-bk-05651-RTB

Chapter 11

O R D E R

(Related to Docket # 140)

This matter having come before the Court for a Preliminary Hearing on October 14, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 21, 2005, and recorded on September

29, 2005, in the office of the Apache County Recorder at 2005-010344 wherein MERS as nominee for BNC Mortgage, Inc. is the current beneficiary and Robert James Row and Amy Lynn Row have an interest in, further described as:

Lot 5, GREER SUBDIVISION, as shown on the Plat of the Crosby and Greer Subdivision, according to Book 1 of Maps, Page 27, records of Apache County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT